UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER E. BROWN,<br>an individual,<br><br>    Plaintiff,<br>vs.<br><br>BRIXMOR SPE 1, LLC,<br>a Delaware Limited Liability Company,<br><br>    Defendant. | CASE NO.: |

# COMPLAINT

Plaintiff, CHRISTOPHER E. BROWN, through his undersigned counsel, hereby files this Complaint and sues BRIXMOR SPE 1, LLC a Delaware Limited Liability Company, for injunctive relief, attorneys' fees and costs pursuant to 42 U.S.C. § 12181 et seq., ("AMERICANS WITH DISABILITIES ACT" or "ADA") and alleges:

## JURISDICTION AND PARTIES

1. This is an action for declaratory and injunctive relief pursuant to Title III of the Americans With Disabilities Act, 42 U.S.C. § 12181, et seq., (hereinafter referred to as the "ADA"). This Court is vested with original jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343.

2. Venue is proper in this Court pursuant to 28 U.S.C. §1391(b).

3. Plaintiff, CHRISTOPHER E. BROWN, (hereinafter referred to as "MR. BROWN"), is a resident of the State of New York.

4. Plaintiff, MR. BROWN is a qualified individual with a disability under the ADA. MR. BROWN suffers from Arthrogryposis, which causes him to be confined to a wheelchair. The

condition also causes atrophy in his arms, hands, shoulders, and elbows, which makes it extremely difficult for him to reach for, grip, and manipulate objects.

5. Due to his disability, Plaintiff MR. BROWN is substantially impaired in several major life activities and requires a wheelchair for mobility.

6. Defendant, BRIXMOR SPE 1, LLC, a Delaware Limited Liability Company, (hereinafter referred to as "BRIXMOR"), is registered to do business in the State of Illinois. Upon information and belief, BRIXMOR is the owner and/or operator of the real property and improvements which are the subject of this action, to wit: the Property, known as Commons of Chicago Ridge, generally located at 300 Commons Drive, Chicago Ridge, Illinois 60415.

7. All events giving rise to this lawsuit occurred in the Northern District of Illinois, Cook County.

## COUNT I - VIOLATION OF TITLE III OF THE AMERICANS WITH DISABILITIES ACT

8. Plaintiff realleges and reavers Paragraphs 1-7 as if they were expressly restated herein.

9. The Property is a shopping center and is open to the public and provides goods and services to the public.

10. Plaintiff MR. BROWN visited the Property, generally located at 300 Commons Drive, Chicago Ridge, Illinois 60415, and attempted to utilize the goods and services offered at the Property.

11. While at the Property, MR. BROWN experienced serious difficulty accessing the goods and utilizing the services therein due to the architectural barriers discussed herein in paragraph 14 of this Complaint.

12. MR. BROWN continues to desire to visit the Property, but fears that he will again encounter serious difficulty due to the barriers discussed in paragraph 14 which still exist.

13. MR. BROWN plans to and will visit the Property in the near future to utilize the goods and services offered thereon.

14. Defendant, is in violation of 42 U.S.C. § 12181 et seq. and 28 C.F.R. § 36.302 et seq. and is discriminating against the Plaintiff due to Defendant's failure to provide and/or correct, *inter alia,* the following barriers to access which were personally observed and encountered by Plaintiff:

   A. inaccessible parking due to excessive slopes throughout the Property;

   B. inaccessible curb cuts from the parking to the sidewalks throughout the Property due to failure to provide smooth transition and excessive slopes and side flares;

   C. inaccessible sidewalks throughout the Property due to excessive cross slopes;

   D. inaccessible routes throughout the Property due to failure to connect all areas of the Property; and

   E. inaccessible entrances to several stores and/or restaurants throughout the Property due to failure to provide an accessible route from disabled use parking to the store and/or restaurant entrances.

15. Defendant either does not have a policy to assist people with disabilities or refuses to enforce such a policy if it does exist.

16. Independent of his intent to return as a patron to the Property, Plaintiff additionally intends to return to the Property as an ADA tester to determine whether the barriers to access

discussed herein have been remedied.

17. Removal of the barriers to access located on the Property is readily achievable, reasonably feasible and easily accomplishable without placing an undue burden on Defendant.

18. Removal of the barriers to access located on the Property would allow Plaintiff to fully utilize the goods and services located therein.

19. The Plaintiff has been obligated to retain undersigned counsel for the filing and prosecution of this action. Plaintiff is entitled to have his reasonable attorneys' fees, costs, and expenses paid by Defendant.

WHEREFORE, the Plaintiff demands judgment against BRIXMOR, and requests the following injunctive and declaratory relief:

A. That the Court declares that the Property owned and operated by BRIXMOR is in violation of the ADA;

B. That the Court enter an Order directing BRIXMOR to alter its facility to make it accessible and usable by individuals with disabilities to the full extent required by Title III of the ADA;

C. That the Court enter an Order directing BRIXMOR to evaluate and neutralize its policies and procedures towards persons with disabilities for such reasonable time so as to allow BRIXMOR to undertake and complete corrective procedures;

D. That the Court award reasonable attorneys' fees, costs (including expert fees), and other expenses of suit, to the Plaintiff; and

E.   That the Court award such other and further relief as it deems necessary, just and proper.

>Respectfully Submitted,
>
>KU & MUSSMAN, P.A.
>Attorneys for Plaintiff
>12550 Biscayne Blvd., Suite 406
>Miami, Florida 33181
>Tel: (305) 891-1322
>Fax: (305) 891-4512
>
>
>By:   */s/ Michael P. Kelley*
>       KU & MUSSMAN, P.A.
>       Attorney for Plaintiff
>       Michael P. Kelley, Esq. #6289903
>       Kelley Law, LLC
>       Of Counsel
>       2333 N. Harlem Ave.
>       Chicago, IL 60707
>       Tel: 773-637-9200
>       Fax: 773-637-4229
>       Email: mike@michaelkelleylaw.com