UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER E. BROWN, an individual, <br><br> Plaintiff, <br> vs. <br><br> BRIXMOR SPE 1, LLC, a Delaware Limited Liability Company, <br><br> Defendant. | CASE NO.: 1:12-cv-05933 |

## JOINT NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that the parties to this action have reached an agreement regarding all disputed issues in this case. The parties are currently in the process of executing the settlement agreement and anticipate filing a joint stipulation for dismissal within thirty (30) days once all parties have executed the agreement. The parties further request that the Court adjourn all upcoming conferences and deadlines while they finalize their agreement.

Respectfully Submitted,

By: /s/ *Michael Kelley*
  Michael Kelley #6289903
  Ku & Mussman, P.A.
  *Of counsel*
  Kelley Law, LLC
  2333 N. Harlem Ave.
  Chicago, IL 60707
  Tel.: (773) 637-9200
  Fax: (773) 637-4229
  mike@michaeklkelleylaw.com

Dated: 10/19/12

Respectfully Submitted,

By: /s/*Jack Hsu*
  Jack Hsu, #60935MO
  Christensen & Ehret, LLP
  135 South LaSalle Street, Ste. 4200
  Chicago, IL 60603
  Tel: (314) 802-3935
  jhsu@christensenlaw.com

Dated: 10/19/12