UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER E. BROWN, an individual, | ) ) ) |
| Plaintiff, | ) CASE NO.: 1:12-cv-05933 ) |
| vs. | ) ) |
| BRIXMOR SPE 1, LLC, a Delaware Limited Liability Company, | ) ) ) |
| Defendant. | ) ) / |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and each party shall bear its respective fees and costs.

Respectfully Submitted,

By: /s/ *Michael Kelley*
    Michael Kelley #6289903
    Ku & Mussman, P.A.
    *Of counsel*
    Kelley Law, LLC
    2333 N. Harlem Ave.
    Chicago, IL 60707
    Tel.: (773) 637-9200
    Fax: (773) 637-4229
    mike@michaeklkelleylaw.com

Dated: 11/19/12

Respectfully Submitted,

By: /s/ *Jack Hsu*
    Jack Hsu #6289903
    Christensen & Ehret, LLP
    135 South LaSalle Street, Ste. 4200
    Chicago, IL 60603
    Tel: (314) 802-3935
    jhsu@christensenlaw.com

Dated: 11/19/12

1